GIVENS *v.* WEST VIRGINIA.

No. 22, Misc.   Decided November 24, 1958.

Appellant *pro se.*

*W. W. Barron,* Attorney General of West Virginia, and *Fred H. Caplan* and *George H. Mitchell,* Assistant Attorneys General, for appellee.

PER CURIAM.

The appeal is dismissed.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.